# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CHIBUEZE C. ANAEME,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Defendants. | 2: 12-cv-01038-GMN-VCF<br><br>**ORDER** |

　　　Before the court is Plaintiff Chibueze C. Anaeme (hereinafter "Plaintiff") Application for Leave to Proceed in Forma Pauperis (dkt. 1).

　　　IT IS HEREBY ORDERED that a hearing shall be scheduled for Wednesday, July 18, 2012, at 10:00 a.m. in Courtroom 3A. Plaintiff is required to attend the hearing.

　　　DATED this 25th day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE