# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHIBUEZE C. ANAEME, | |
| Plaintiff, | 2: 12-cv-01038-GMN-VCF |
| vs. | **ORDER** |
| UNITED STATES OF AMERICA, *et al.,* | |
| Defendants. | |

Before the court is Plaintiff Chibueze C. Anaeme (hereinafter "Plaintiff") Application for Leave to Proceed in Forma Pauperis (dkt. 1).

IT IS HEREBY ORDERED that a hearing shall be scheduled for Wednesday, July 18, 2012, at 10:00 a.m. in Courtroom 3A. Plaintiff is required to attend the hearing.

DATED this 25th day of June, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE